EDNA L. RUMSEY, Appellant, v. SENECA WASHED GRAVEL CORPORATION, Respondent.— Judgment and order affirmed, with costs, with leave to the plaintiff, however, if so advised, and if the facts warrant it, to apply at the Special Term within twenty days after service of a copy of the order herein for a rehearing upon new or additional affidavits in which may be incorporated evidentiary facts disclosing a triable issue of fact under the pleading. (As to procedure, see Newman v. Special, 257 App. Div. 1030.) All concur. (The judgment dismisses the complaint in an action on promissory notes.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

EUNICE V. TAYLOR, Appellant, v. DONALD J. CORBETT et al., Respondents.— Orders affirmed, with $10 costs and disbursements. (See Lang v. Wood, 92 F. 2d 211, certiorari denied 302 U. S. 686; Yaselli v. Goff, 8 F. 2d 161, affd. 12 F. 2d 396, certiorari granted 273 U. S. 677, affd. 275 U. S. 503; People v. Albany & Susquehanna R. R. Co., 57 N. Y. 161; The People v. Brooklyn, F. & C. I. R. Co., 89 N. Y. 75.) All concur. (One order dismisses plaintiff's amended complaint and the other order denies plaintiff's cross motion to compel service of an answer and to strike out that complaint fails to constitute a cause of action in an action for damages for an alleged conspiracy.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 270 App. Div. 799.]

RALPH E. TEATOR, as Guardian ad Litem of OLIVE TEATOR, an Infant, Respondent, v. CITY OF UTICA, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiff's amended complaint.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

RALPH E. TEATOR, Respondent, v. CITY OF UTICA, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiff's amended complaint.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

ADA TRENHAM, as Guardian ad Litem of WALTER I. CAREY, an Infant, Respondent, v. CITY OF UTICA, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiff's amended complaint.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

NICK SOPORITO, Respondent, v. HETZLER FOUNDRIES, INC., Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See ante, p. 962.]

DOMINIC F. SURACE, Respondent, v. PFAUDLER COMPANY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See ante, p. 962.]

JOSEPH MUSIAL, Respondent, v. ELECTRO METALLURGICAL COMPANY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See ante, p. 962.]

EUNICE V. TAYLOR, Appellant, v. GLENN L. BUCK, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See ante, p. 962.]